1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  LEON W. WEIDMAN
   Chief, Civil Division
3  JONATHAN B. KLINCK
   Assistant United States Attorney
4  California State Bar No. 119926
5        Federal Building, Suite 7516
6        300 North Los Angeles Street
         Los Angeles, California  90012
7        Telephone:    (213) 894-8561
         Facsimile:    (213) 894-7819
8        Email:  Jon.Klinck@usdoj.gov
9
   JUSTIN A. OKUN
10 Trial Attorney
   California State Bar No. 230954
11 U.S. Department of Justice
12 Environment & Natural Resources Div.
   P.O. Box 7611 – Ben Franklin Station
13 Washington, D. C.  20044
14 Telephone:    (202) 305-0467
   Facsimile:    (202) 305-0398
15 Justin.Okun@usdoj.gov
16
   Attorneys for Plaintiff
17 United States of America

18
                 UNITED STATES DISTRICT COURT
19               CENTRAL DISTRICT OF CALIFORNIA
20
                                    CV12-03541 GW(OPx)
21 UNITED STATES OF AMERICA,      )
                                  )
22              Plaintiff,        )    Case No.
                                  )
23          v.                    )    COMPLAINT IN CONDEMNATION
                                  )     with Declaration of Taking
24                                )
   41.00 ACRES OF LAND, MORE OR   )
25 LESS, SITUATE IN SAN BERNARDINO )   40 U.S.C. § 3114
   COUNTY, STATE OF CALIFORNIA;   )
26 AND CHHOUR YOU AND YORN KE,    )
27 et al.,                        )
                Defendants.       )
28

                                  1

1. This is an action of a civil nature brought by the United States of America at the request of the Deputy Assistant Secretary of the Army (Installations, Housing and Partnerships), for the taking of property, under the power of eminent domain through a Declaration of Taking, and for the determination and award of just compensation to the owners and parties in interest.

2. The Court has subject matter jurisdiction over this action pursuant to 28 U.S.C. § 1358.

3. The authority for the taking of the land is under and in accordance with the authorities set forth in Schedule "A" attached hereto and made a part hereof.

4. The public purpose for which said property is taken is set forth in Schedule "A" attached hereto and made a part hereof.

5. A general description of the land being taken is set forth in Schedule "B" attached hereto and made a part hereof.  A plan showing the property being taken is shown on Schedule "D" attached hereto and made a part hereof.

6. The interest(s) being acquired in the property is described in Schedule "C" attached hereto and made a part hereof.

7. The names and addresses of known parties having or claiming an interest in said property are set forth in Schedule "E" attached hereto and made a part hereof.

8. Local and state taxing authorities may have or claim an interest in the property by reason of taxes and assessments due and exigible.

9. In addition to those persons named, there are or may be others who have or may have some interest in the property or interests to be taken, whose names are unknown to the Plaintiff, and such persons are made parties in the action under the designation "Other Interested Parties."

1    WHEREFORE, Plaintiff demands judgment that the property and interests be

2    condemned, and that just compensation for the taking be ascertained and awarded, and such

3    other relief as may be lawful and proper.

4    DATED: April 23, 2012                          Respectfully submitted,

5

6                                                   UNITED STATES OF AMERICA

7

8    By:

9                                                   Justin A. Okun
                                                    Trial Attorney
10                                                  California State Bar No. 230954
                                                    U.S. Department of Justice
11                                                  Environment & Natural Resources Div.
                                                    P.O. Box 7611 – Ben Franklin Station
12                                                  Washington, D. C.  20044
                                                    Telephone:      (202) 305-0467
13                                                  Facsimile:      (202) 305-0398
                                                    Justin.Okun@usdoj.gov
14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

                                                    3

IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | DECLARATION |
| v. | ) | OF |
| | ) | TAKING |
| 41.00 ACRES OF LAND, MORE | ) | |
| OR LESS, SITUATE IN SAN | ) | |
| BERNARDINO COUNTY, STATE | ) | |
| OF CALIFORNIA; AND | ) | CIVIL NO._____ |
| CHHOUR YOU AND YORN KE, | ) | |
| *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | TRACT NO.  207 |

TO THE HONORABLE,
THE UNITED STATES DISTRICT COURT:

I, Joseph F. Calcara, Deputy Assistant Secretary of the Army (Installations, Housing and Partnerships), do hereby declare that:

1. The authority under which and the public uses for which the land is taken are set forth in the attached Schedule A.

2.  A description of the land taken is set forth in attached Schedule B.

3.  The estate taken for said public uses is set forth in attached Schedule C.

4.  A plan (map) showing the land taken is attached as Schedule D.

5.  A list of parties with their known addresses is set forth in attached Schedule E.

The gross sum estimated by me as just compensation for all said land, which aggregates **41.00 acres**, with all buildings and improvements thereon and all appurtenances thereto and including any and all interests hereby taken in said land is **TWENTY-EIGHT THOUSAND, SEVEN HUNDRED DOLLARS ($28,700)**, which sum I cause to be deposited herewith in the Registry of the Court for the use and benefit of the persons entitled thereto.  I am of the opinion that the ultimate award for said land probably will be within any limits prescribed by law on the price paid thereof.

**IN WITNESS WHEREOF,** the United States of America, by its Deputy Assistant Secretary of the Army, thereunto authorized, has caused this declaration to be signed in its name by said Joseph F. Calcara, Deputy Assistant Secretary of the Army, (Installations, Housing and Partnerships), this 18th day of July, A. D. 2011, in the City of Washington, District of Columbia.

JOSEPH F. CALCARA
Deputy Assistant Secretary of the Army
(Installations, Housing and Partnerships)

2

# SCHEDULE A

## Tract No. 207

**AUTHORITY FOR THE TAKING:**

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. § 3114, and the acts supplementary thereto and amendatory thereof, and under further authority of the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. § 3113, and any acts supplementary thereto and amendatory thereof; the Military Construction Authorization Act for Fiscal Year 2007, approved October 17, 2006, Pub. L. No. 109-364, 120 Stat. 2444; and the Revised Continuing Appropriations Resolution, 2007, approved February 15, 2007, Pub. L. No. 110-5, 121 Stat. 8, which act appropriated funds for such purposes.

**PUBLIC USES:**

The public uses for which said land is taken are as follows:

Said land is necessary for the expansion of the National Training Center, Fort Irwin, California, for the training of troops and other military uses incident thereto and for such other uses as may be authorized by Congress or by Executive Order.

**SCHEDULE B**

**<u>Tract No. 207</u>**

**LEGAL DESCRIPTION:**

Parcel 14 of Parcel Map No. 3046, County of San Bernardino, State of California, as per plat recorded in Book 30 of Parcel Maps, Page(s) 16 and 17, in the Office of the County Recorder of said County.

This Tract No. 207 is also known as Assessor's Parcel Number 0540-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, containing 41.00 acres, more or less.

## SCHEDULE C

## <u>Tract No. 207</u>

The fee simple title to the land, subject, however to existing easements for public roads and highways, public utilities, railroads, and pipelines; excepting and excluding therefrom an undivided ½ interest in all oil and mineral and the rights appurtenant thereto which are outstanding in parties other than the surface owners.

# SCHEDULE D

**SCHEDULE E**

**Names and Addresses of Owners for Tract No. 207**

Chhour You, a married man
621 Atlantic Avenue
Long Beach, CA 90802

Yorn Ke, a widow
621 Atlantic Avenue
Long Beach, CA 90802

Spouse of Chhour You
Address Unknown

**Name and Address of Purported Interested Party for Tract No. 207**

San Bernardino County Tax Collector
172 West Third Street
San Bernardino, CA  92415-0360

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

### NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

This case has been assigned to District Judge George H. Wu and the assigned discovery Magistrate Judge is Oswald Parada.

The case number on all documents filed with the Court should read as follows:

## CV12- 3541 GW (OPx)

Pursuant to General Order 05-07 of the United States District Court for the Central District of California, the Magistrate Judge has been designated to hear discovery related motions.

All discovery related motions should be noticed on the calendar of the Magistrate Judge

==================================================

### NOTICE TO COUNSEL

*A copy of this notice must be served with the summons and complaint on all defendants (if a removal action is filed, a copy of this notice must be served on all plaintiffs).*

Subsequent documents must be filed at the following location:

| [X] Western Division | [ ] Southern Division | [ ] Eastern Division |
|---|---|---|
| 312 N. Spring St., Rm. G-8 | 411 West Fourth St., Rm. 1-053 | 3470 Twelfth St., Rm. 134 |
| Los Angeles, CA 90012 | Santa Ana, CA 92701-4516 | Riverside, CA 92501 |

Failure to file at the proper location will result in your documents being returned to you.

CV-18 (03/06)       NOTICE OF ASSIGNMENT TO UNITED STATES MAGISTRATE JUDGE FOR DISCOVERY

COPY

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

| I (a) PLAINTIFFS (Check box if you are representing yourself ☐) | DEFENDANTS |
|---|---|
| UNITED STATES OF AMERICA | 41.00 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; AND CHHOUR YOU AND YORN KE, et al. |

| (b) Attorneys (Firm Name, Address and Telephone Number. If you are representing yourself, provide same.) André Birotte, Jr., U.S. Attorney AUSA Jonathan B. Klinck (CA Bar No. 119926) 300 N. Los Angeles St., #7516 Los Angeles, CA 90012 Tel: (213)894-8561 / Fax: (213) 894-7819 | Attorneys (If Known) |

**II. BASIS OF JURISDICTION** (Place an X in one box only.)

☑ 1 U.S. Government Plaintiff

☐ 2 U.S. Government Defendant

☐ 3 Federal Question (U.S. Government Not a Party)

☐ 4 Diversity (Indicate Citizenship of Parties in Item III)

**III. CITIZENSHIP OF PRINCIPAL PARTIES** - For Diversity Cases Only
(Place an X in one box for plaintiff and one for defendant.)

| | PTF | DEF | | PTF | DEF |
|---|---|---|---|---|---|
| Citizen of This State | ☐ 1 | ☐ 1 | Incorporated or Principal Place of Business in this State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ☐ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

**IV. ORIGIN** (Place an X in one box only.)

☑ 1 Original Proceeding  ☐ 2 Removed from State Court  ☐ 3 Remanded from Appellate Court  ☐ 4 Reinstated or Reopened  ☐ 5 Transferred from another district (specify):  ☐ 6 Multi-District Litigation  ☐ 7 Appeal to District Judge from Magistrate Judge

**V. REQUESTED IN COMPLAINT:   JURY DEMAND:** ☐ Yes  ☑ No (Check 'Yes' only if demanded in complaint.)

**CLASS ACTION under F.R.C.P. 23:** ☐ Yes  ☑ No          ☐ MONEY DEMANDED IN COMPLAINT: $ _____

**VI. CAUSE OF ACTION** (Cite the U.S. Civil Statute under which you are filing and write a brief statement of cause. Do not cite jurisdictional statutes unless diversity.)
40 U.S.C. § 3114; Taking of property under the power of eminent domain.

**VII. NATURE OF SUIT** (Place an X in one box only.)

| OTHER STATUTES | CONTRACT | TORTS PERSONAL INJURY | TORTS PERSONAL PROPERTY | PRISONER PETITIONS | LABOR |
|---|---|---|---|---|---|
| ☐ 400 State Reapportionment | ☐ 110 Insurance | ☐ 310 Airplane | ☐ 370 Other Fraud | ☐ 510 Motions to Vacate Sentence Habeas Corpus | ☐ 710 Fair Labor Standards Act |
| ☐ 410 Antitrust | ☐ 120 Marine | ☐ 315 Airplane Product Liability | ☐ 371 Truth in Lending | ☐ 530 General | ☐ 720 Labor/Mgmt. Relations |
| ☐ 430 Banks and Banking | ☐ 130 Miller Act | ☐ 320 Assault, Libel & Slander | ☐ 380 Other Personal Property Damage | ☐ 535 Death Penalty | ☐ 730 Labor/Mgmt. Reporting & Disclosure Act |
| ☐ 450 Commerce/ICC Rates/etc. | ☐ 140 Negotiable Instrument | ☐ 330 Fed. Employers' Liability | ☐ 385 Property Damage Product Liability | ☐ 540 Mandamus/ Other | ☐ 740 Railway Labor Act |
| ☐ 460 Deportation | ☐ 150 Recovery of Overpayment & Enforcement of Judgment | ☐ 340 Marine | BANKRUPTCY | ☐ 550 Civil Rights | ☐ 790 Other Labor Litigation |
| ☐ 470 Racketeer Influenced and Corrupt Organizations | ☐ 151 Medicare Act | ☐ 345 Marine Product Liability | ☐ 422 Appeal 28 USC 158 | ☐ 555 Prison Condition | ☐ 791 Empl. Ret. Inc. Security Act |
| ☐ 480 Consumer Credit | ☐ 152 Recovery of Defaulted Student Loan (Excl. Veterans) | ☐ 350 Motor Vehicle | ☐ 423 Withdrawal 28 USC 157 | FORFEITURE / PENALTY | PROPERTY RIGHTS |
| ☐ 490 Cable/Sat TV | | ☐ 355 Motor Vehicle Product Liability | CIVIL RIGHTS | ☐ 610 Agriculture | ☐ 820 Copyrights |
| ☐ 810 Selective Service | ☐ 153 Recovery of Overpayment of Veteran's Benefits | ☐ 360 Other Personal Injury | ☐ 441 Voting | ☐ 620 Other Food & Drug | ☐ 830 Patent |
| ☐ 850 Securities/Commodities/ Exchange | ☐ 190 Other Contract | ☐ 362 Personal Injury-Med Malpractice | ☐ 442 Employment | ☐ 625 Drug Related Seizure of Property 21 USC 881 | ☐ 840 Trademark |
| ☐ 875 Customer Challenge 12 USC 3410 | ☐ 195 Contract Product Liability | ☐ 365 Personal Injury-Product Liability | ☐ 443 Housing/Acco-mmodations | ☐ 630 Liquor Laws | SOCIAL SECURITY |
| ☐ 890 Other Statutory Actions | ☐ 196 Franchise | ☐ 368 Asbestos Personal Injury Product Liability | ☐ 444 Welfare | ☐ 640 R.R. & Truck | ☐ 861 HIA (1395ff) |
| ☐ 891 Agricultural Act | REAL PROPERTY | | ☐ 445 American with Disabilities - Employment | ☐ 650 Airline Regs | ☐ 862 Black Lung (923) |
| ☐ 892 Economic Stabilization Act | ☑ 210 Land Condemnation | IMMIGRATION | ☐ 446 American with Disabilities - Other | ☐ 660 Occupational Safety /Health | ☐ 863 DIWC/DIWW (405(g)) |
| ☐ 893 Environmental Matters | ☐ 220 Foreclosure | ☐ 462 Naturalization Application | ☐ 440 Other Civil Rights | ☐ 690 Other | ☐ 864 SSID Title XVI |
| ☐ 894 Energy Allocation Act | ☐ 230 Rent Lease & Ejectment | ☐ 463 Habeas Corpus-Alien Detainee | | | ☐ 865 RSI (405(g)) |
| ☐ 895 Freedom of Info. Act | ☐ 240 Torts to Land | ☐ 465 Other Immigration Actions | | | FEDERAL TAX SUITS |
| ☐ 900 Appeal of Fee Determi-nation Under Equal Access to Justice | ☐ 245 Tort Product Liability | | | | ☐ 870 Taxes (U.S. Plaintiff or Defendant) |
| ☐ 950 Constitutionality of State Statutes | ☐ 290 All Other Real Property | | | | ☐ 871 IRS-Third Party 26 USC 7609 |

CV12-03541

**FOR OFFICE USE ONLY:**     Case Number: _____

**AFTER COMPLETING THE FRONT SIDE OF FORM CV-71, COMPLETE THE INFORMATION REQUESTED BELOW.**

## UNITED STATES DISTRICT COURT, CENTRAL DISTRICT OF CALIFORNIA
### CIVIL COVER SHEET

**VIII(a).  IDENTICAL CASES:** Has this action been previously filed in this court and dismissed, remanded or closed?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**VIII(b).  RELATED CASES:** Have any cases been previously filed in this court that are related to the present case?  ☑ No  ☐ Yes
If yes, list case number(s): _____

**Civil cases are deemed related if a previously filed case and the present case:**
(Check all boxes that apply)  ☐ A.  Arise from the same or closely related transactions, happenings, or events; or
  ☐ B.  Call for determination of the same or substantially related or similar questions of law and fact; or
  ☐ C.  For other reasons would entail substantial duplication of labor if heard by different judges; or
  ☐ D.  Involve the same patent, trademark or copyright, *and* one of the factors identified above in a, b or c also is present.

**IX. VENUE:**  (When completing the following information, use an additional sheet if necessary.)

(a)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named plaintiff resides.
☑   Check here if the government, its agencies or employees is a named plaintiff.  If this box is checked, go to item (b).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
|  |  |

(b)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** named defendant resides.
☐   Check here if the government, its agencies or employees is a named defendant.  If this box is checked, go to item (c).

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| San Bernardino |  |

(c)  List the County in this District; California County outside of this District; State if other than California; or Foreign Country, in which **EACH** claim arose.
  **Note: In land condemnation cases, use the location of the tract of land involved.**

| County in this District:* | California County outside of this District; State, if other than California; or Foreign Country |
|---|---|
| County of San Bernardino, State of California |  |

**\* Los Angeles, Orange, San Bernardino, Riverside, Ventura, Santa Barbara, or San Luis Obispo Counties**
Note: In land condemnation cases, use the location of the tract of land involved.

X.  SIGNATURE OF ATTORNEY (OR PRO PER): _____    Date April 24, 2012

**Notice to Counsel/Parties:**  The CV-71 (JS-44) Civil Cover Sheet and the information contained herein neither replace nor supplement the filing and service of pleadings
or other papers as required by law. This form, approved by the Judicial Conference of the United States in September 1974, is required pursuant to Local Rule 3-1 is not filed
but  is used by the Clerk of the Court for the purpose of statistics, venue and initiating the civil docket sheet.  (For more detailed instructions, see separate instructions sheet.)

Key to Statistical codes relating to Social Security Cases:

| Nature of Suit Code | Abbreviation | Substantive Statement of Cause of Action |
|---|---|---|
| 861 | HIA | All claims for health insurance benefits (Medicare) under Title 18, Part A, of the Social Security Act, as amended. Also, include claims by hospitals, skilled nursing facilities, etc., for certification as providers of services under the program. (42 U.S.C. 1935FF(b)) |
| 862 | BL | All claims for "Black Lung" benefits under Title 4, Part B, of the Federal Coal Mine Health and Safety Act of 1969. (30 U.S.C. 923) |
| 863 | DIWC | All claims filed by insured workers for disability insurance benefits under Title 2 of the Social Security Act, as amended; plus all claims filed for child's insurance benefits based on disability. (42 U.S.C. 405(g)) |
| 863 | DIWW | All claims filed for widows or widowers insurance benefits based on disability under Title 2 of the Social Security Act, as amended.  (42 U.S.C. 405(g)) |
| 864 | SSID | All claims for supplemental security income payments based upon disability filed under Title 16 of the Social Security Act, as amended. |
| 865 | RSI | All claims for retirement (old age) and survivors benefits under Title 2 of the Social Security Act, as amended. (42 U.S.C. (g)) |