1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  JONATHAN B. KLINCK
3  Assistant United States Attorney
   California State Bar No. 119926
4  United States Attorney's Office
   Federal Building, Suite 7516
5  300 North Los Angeles Street
6  Los Angeles, California 90012
   Telephone: (213) 894-8561
7  Facsimile: (213) 894-7819
   Jon.Klinck@usdoj.gov
8
9  JUSTIN A. OKUN
   Trial Attorney
10 California State Bar No. 230954
   U.S. Department of Justice
11 Environment & Natural Resources Div.
12 P.O. Box 7611 – Ben Franklin Station
   Washington, D. C. 20044
13 Telephone: (202) 305-0467
   Facsimile: (202) 305-0398
14 Justin.Okun@usdoj.gov
15
   Attorneys for Plaintiff
16 United States of America
17
                    UNITED STATES DISTRICT COURT
18                  CENTRAL DISTRICT OF CALIFORNIA
19
20 UNITED STATES OF AMERICA,           )
                                       )
21              Plaintiff,             )   Case No. CV 12-3541 GW(OPx)
                                       )
22      v.                             )
                                       )   EX PARTE MOTION FOR THE
23                                     )   DELIVERY OF POSSESSION
   41.00 ACRES OF LAND, MORE OR        )
24 LESS, SITUATE IN SAN BERNARDINO     )
   COUNTY, STATE OF CALIFORNIA;        )   40 U.S.C. § 3114
25 AND CHHOUR YOU AND YORN KE,         )
26 et al.,                             )
                Defendants.            )
27
28

                                       1

COMES NOW the Plaintiff, United States of America, and moves the Court *ex parte* for an order requiring all defendants to this action, and any and all persons in possession or control of the property described in the Complaint, to surrender possession of said property, to the extent of the estate being condemned, to the United States forthwith. The Deputy Assistant Secretary of the Army (Installations, Housing and Partnerships) has found and determined that it is necessary and advantageous to the United States' interest to acquire immediate possession and, accordingly, a Declaration of Taking has been filed and funds have been deposited in the registry of the Court as estimated just compensation for said property. A proposed order for immediate possession is submitted herewith.

The United States of America is entitled to possession as an incident of the right to exercise the power of eminent domain. *Hanson Lumber Company v. United States*, 261 U.S. 581, 587 (1923). Under the Declaration of Taking Act, 40 U.S.C. § 3114, upon deposit by the condemnor of estimated just compensation, title to the land is vested in the United States. The Act is intended to give the government immediate possession of the property and give the owner immediate compensation, in the form of estimated value, in return for the title to the land. *United States v. Miller*, 317 U.S. 369, 381 (1943); *United States v. 191.07 Acres of Land*, 482 F.3d 1132, 1136 (9th Cir. 2007); *Schneider v. County of San Diego*, 285 F.3d 784, 792 (9th Cir. 2002).

The Declaration of Taking Act also specifically provides that upon the filing of the Declaration of Taking the court has the authority to "fix the time within which, and the terms on which, the parties in possession shall be required to surrender possession to the petitioner." 40 U.S.C. § 3114(d)(1). The basic purpose of the Act is to give the government possession and title and to avoid unnecessary delay in the consummation of public projects. *McKendry v. United*

*States*, 219 F.2d 357, 358 (9th Cir. 1953). Accordingly, *ex parte* orders of possession are routinely granted upon the filing of a Declaration of Taking and deposit of estimated just compensation. *United States v. 0.95 Acres of Land*, 994 F.2d 696, 698 (9th Cir. 1993). This is an orderly procedure for transferring control of the property to the condemnor. Therefore, it is respectfully requested that the Court issue an Order granting immediate possession.

DATED: April 30, 2012

Respectfully submitted,

UNITED STATES OF AMERICA

By: *[signature]*
Justin A. Okun
Trial Attorney
California State Bar No. 230954
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C. 20044
Telephone:   (202) 305-0467
Facsimile:   (202) 305-0398
Justin.Okun@usdoj.gov