ANDRÉ BIROTTE, JR.
United States Attorney
JONATHAN B. KLINCK
Assistant United States Attorney
California State Bar No. 119926
United States Attorney's Office
Federal Building, Suite 7516
300 North Los Angeles Street
Los Angeles, California  90012
Telephone:   (213) 894-8561
Facsimile:   (213) 894-7819
Jon.Klinck@usdoj.gov

JUSTIN A. OKUN
Trial Attorney
California State Bar No. 230954
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C.  20044
Telephone:   (202) 305-0467
Facsimile:   (202) 305-0398
Justin.Okun@usdoj.gov

Attorneys for Plaintiff
United States of America

FILED
2012 APR 30 PM 3:32

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CV12-3541 GW (OPx) |
| Plaintiff, | |
| v. | NOTICE OF CONDEMNATION |
| 41.00 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; AND CHHOUR YOU AND YORN KE, *et al.*, | Fed.R.Civ.P. 71.1 |
| Defendants. | |

TO: All those persons and entities listed in Schedule "E", attached hereto and made a part hereof.

NOTICE: You are hereby notified that a Complaint in Condemnation and a Declaration of Taking (under 40 U.S.C. § 3114), have been filed in the Office of the Clerk of the United States District Court for the Central District of California to condemn certain estates, described in Schedule "C" attached hereto, for public uses in the property described in Schedule "B" attached hereto. The authority for the taking is set forth in Schedule "A" attached hereto. The uses for which the property is to be taken are set forth in Schedule "A" attached hereto.

If you have any objection or defense to the taking of the property in which you may have or claim some interest, you are required to serve upon Plaintiff's attorney, at the address on the first page, within twenty-one (21) days after service of this Notice upon you, exclusive of the date of service, an Answer identifying the property in which you claim to have an interest, stating the nature and extent of the interest claimed and stating all your objections and defenses to the taking of the property.

A failure to serve an Answer shall constitute a consent to the taking and to the authority of the court to proceed to hear the action and to fix the just compensation. It shall also constitute a waiver of all defenses and objections.

If you have no objection or defense to the taking you may file with the court, and serve on the Plaintiff's attorney, a notice of appearance designating the property in which you claim to be interested and thereafter you shall receive notice of all proceedings affecting the said property.

You are further notified that at the trial of the issue of just compensation, whether or not you have answered or served a notice of appearance, you may present evidence as to the amount

of compensation to be paid for the property acquired herein and you may share in the distribution of the award for compensation.

You are further notified, however, that unless you file a notice of appearance, this proceeding may proceed to pretrial or trial without further notice to you.

DATED: April 30, 2012                    UNITED STATES OF AMERICA

By: _____
Justin A. Okun
Trial Attorney
California State Bar No. 230954
U.S. Department of Justice
Environment & Natural Resources Div.
P.O. Box 7611 – Ben Franklin Station
Washington, D. C. 20044
Telephone:   (202) 305-0467
Facsimile:   (202) 305-0398
Justin.Okun@usdoj.gov

# SCHEDULE A
## Tract No. 207

**AUTHORITY FOR THE TAKING:**

The property is taken under and in accordance with the Act of Congress approved on February 26, 1931, as 46 Stat. 1421 and codified at 40 U.S.C. § 3114, and the acts supplementary thereto and amendatory thereof, and under further authority of the Act of Congress approved August 1, 1888, as 25 Stat. 357 and codified at 40 U.S.C. § 3113, and any acts supplementary thereto and amendatory thereof; the Military Construction Authorization Act for Fiscal Year 2007, approved October 17, 2006, Pub. L. No. 109-364, 120 Stat. 2444; and the Revised Continuing Appropriations Resolution, 2007, approved February 15, 2007, Pub. L. No. 110-5, 121 Stat. 8, which act appropriated funds for such purposes.

**PUBLIC USES:**

The public uses for which said land is taken are as follows:

Said land is necessary for the expansion of the National Training Center, Fort Irwin, California, for the training of troops and other military uses incident thereto and for such other uses as may be authorized by Congress or by Executive Order.

## SCHEDULE B

### Tract No. 207

**LEGAL DESCRIPTION:**

Parcel 14 of Parcel Map No. 3046, County of San Bernardino, State of California, as per plat recorded in Book 30 of Parcel Maps, Page(s) 16 and 17, in the Office of the County Recorder of said County.

This Tract No. 207 is also known as Assessor's Parcel Number 0540-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, containing 41.00 acres, more or less.

## SCHEDULE C
### Tract No. 207

The fee simple title to the land, subject, however to existing easements for public roads and highways, public utilities, railroads, and pipelines; excepting and excluding therefrom an undivided ½ interest in all oil and mineral and the rights appurtenant thereto which are outstanding in parties other than the surface owners.

## SCHEDULE D

# SCHEDULE E

**Names and Addresses of Owners for Tract No. 207**

Chhour You, a married man
621 Atlantic Avenue
Long Beach, CA 90802

Yorn Ke, a widow
621 Atlantic Avenue
Long Beach, CA 90802

Spouse of Chhour You
Address Unknown

**Name and Address of Purported Interested Party for Tract No. 207**

San Bernardino County Tax Collector
172 West Third Street
San Bernardino, CA  92415-0360