ANDRÉ BIROTTE, JR.
United States Attorney
LEON W. WEIDMAN
Assistant United States Attorney
Chief, Civil Division
JONATHAN B. KLINCK
Assistant United States Attorney
California State Bar No. 119926
    Federal Building, Suite 7516
    300 North Los Angeles Street
    Los Angeles, California 90012
    Telephone:   (213) 894-8561
    Facsimile:   (213) 894-7819
    Email   Jon.Klinck@usdoj.gov

JUSTIN A. OKUN
Trial Attorney
California State Bar No. 230954
    U.S. Department of Justice
    Environment & Natural Resources Div.
    P.O. Box 7611 – Ben Franklin Station
    Washington, D. C. 20044
    Telephone:   (202) 305-0467
    Facsimile:   (202) 305-0398
    Email   Justin.Okun@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> 41.00 ACRES OF LAND, MORE OR ) <br> LESS, SITUATE IN SAN BERNARDINO ) <br> COUNTY, STATE OF CALIFORNIA; ) <br> AND CHHOUR YOU AND YORN KE, ) <br> *et al.*, ) <br> Defendants. ) | Case No. CV 12-3541-GW(OPx) <br><br> ORDER GRANTING <br> EX PARTE MOTION FOR THE <br> DELIVERY OF POSSESSION |

Considering Plaintiff's *Ex Parte Motion for the Delivery of Possession*, **IT IS ORDERED** that all defendants to this action and all persons in possession or control of the property described in the Complaint in Condemnation and Declaration of Taking shall immediately surrender possession of said property to Plaintiff to the extent of the estate being condemned, provided that a copy of the Complaint in Condemnation and Declaration of Taking as well as the Notice of Deposit of Estimated Just Compensation is recorded with the San Bernardino County Recorder-Clerk.

DATED:  May 24, 2012

_____
GEORGE H. WU, U.S. DISTRICT JUDGE