UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES - GENERAL**

| Case No. | CV 12-3541-GW(OPx) | Date | May 24, 2012 |
|---|---|---|---|
| Title | *United States of America v. 41.00 Acres of Land More or Less, et al.* | | |

| Present: The Honorable | GEORGE H. WU, UNITED STATES DISTRICT JUDGE | |
|---|---|---|
| Javier Gonzalez | Wil Wilcox | |
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Justin A. Okun, USDOJ - by telephone | None Present |

**PROCEEDINGS:**      **EX PARTE MOTION FOR THE DELIVERY OF POSSESSION (filed 04/20/12)**

For reasons stated on the record, the ex parte motion is **GRANTED.** Court signs the order.

                                         :    04

Initials of Preparer    JG