ALAN L. GREEN, CA Bar No. 92670
Deputy County Counsel
JEAN-RENE BASLE, CA Bar No. 134107
County Counsel
385 North Arrowhead Avenue, 4th Floor
San Bernardino, CA 92415-0140
Telephone: (909) 387-5288
Fax: (909) 387-4069
Email: agreen@cc.sbcounty.gov

Attorneys for Defendant
COUNTY OF SAN BERNARDINO

**Exempt per Gov. Code §6103**

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CV12-03541 GW (OPx) |
| Plaintiff, | **NOTICE OF MOTION AND MOTION OF DEFENDANT COUNTY OF SAN BERNARDINO FOR DISBURSEMENT OF FUNDS AND REMOVAL OF TAX LIENS, POINTS AND AUTHORITIES, AND DECLARATION OF KELLY MCKEE IN SUPPORT THEREOF** |
| vs. | |
| 41.00 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; AND CHHOUR YOU AND YORN KE, et al., | |
| Defendants. | DATE: November 19, 2012 |
| | TIME: 8:30 a.m. |
| | COURT ROOM: 10 |

TO ALL PARTIES, AND TO ALL ATTORNEYS OF RECORD:

PLEASE TAKE NOTICE that on November 19, 2012, at 8:30 a.m., in Court Room 10 located at 312 N. Spring Street, Los Angeles, California,

1

Defendant COUNTY OF SAN BERNARDINO, by and through the SAN BERNARDINO COUNTY TAX COLLECTOR (the "COUNTY"), shall move for the removal and payment of outstanding tax liens from the funds currently on deposit with the Court as compensation for the acquisition by the Plaintiff UNITED STATES OF AMERICA ("UNITES STATES") of the 41 acres which are the subject of the present action.

This motion will be based on this notice of motion and motion, the memorandum of points and authorities filed in support hereof, and on such oral and documentary evidence that shall be introduced at the time of hearing, and on all papers and pleadings on file herein.

DATED: October 9, 2012        JEAN-RENE BASLE
                              County Counsel


                              _____
                              ALAN L. GREEN
                              Deputy County Counsel

                              Attorneys for Defendant SAN BERNARDINO
                              COUNTY

## LOCAL RULE 7-3 STATEMENT

On September 25, 2012, I telephoned Justin A. Okun, counsel for the UNITED STATES in the present action, and informed him of the COUNTY's intent to file the present motion. Mr. Okun replied that the United States generally takes no position on such matters, and I have provided him with a copy of the COUNTY's motion.

DATED: October 9, 2012   JEAN-RENE BASLE
              County Counsel

              */s/ Alan L. Green*
              ALAN L. GREEN
              Deputy County Counsel

              Attorneys for Defendant SAN BERNARDINO COUNTY

## POINTS AND AUTHORITIES

### I.

### INTRODUCTION

The COUNTY claims an interest in the real property which is the subject matter of this action, that is, that certain property identified by San Bernardino County Assessor Parcel Number 0540-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, comprised of approximately 41 acres of land (the "Subject Property"). The COUNTY's interest in said land consists of tax liens in the amount of $2,003.55 for unpaid taxes for 2005 through 2011 (the "Tax Liens"). By this motion, the COUNTY seeks payment of the Tax Liens from the funds deposited with the Court for the UNITED STATES acquisition of the Subject Property.

### II.

### STATEMENT OF FACTS

There are presently $2,003.55 of Tax Liens against the Subject Property. (Declaration of Kelly McKee, par. 2.) As a result of those unpaid taxes, on May 12, 2012 through May 18, 2012 the COUNTY conducted tax sales (the "Tax Sale") which included the Subject Property. The Tax Sale resulted in the acquisition of the Subject Property by Steven Hilbon ("Hilbon") and his wife, Sherri Phillips ("Phillips"). In return, Hilbon and Phillips paid the COUNTY $2,966 for back taxes and costs. A Tax Deed To Purchaser of Tax-Defaulted Property (the "Tax Deed"; Exhibit "A") conveying the Subject Property to Hilbon and Phillips was recorded on July 10, 2012, as Instrument No. 2012--274260 in the Official Records of San Bernardino County. (McKee Declaration, par. 3.)

Unknown to the COUNTY at the Time of the Tax Sale, the UNITED STATES had previously commenced condemnation on the Subject Property, and acquired possession of the Subject Property on or about April 30, 2012. Thus,

when the Tax Sale occurred, the COUNTY was incapable of conveying title to the Subject Property to Hilbon and Phillips.

When the United States' condemnation was discovered, the COUNTY and Hilbon and Phillips entered in to an agreement to rescind the Tax Sale. On October 2, 2012, the COUNTY's Board of Supervisors authorized a Rescission of Tax Deed to be filed in the official records of the San Bernardino County Recorder's Office, and a copy of said Rescission of Tax Deed was recorded that same day as Instrument No. 2012-0407793. (McKee Declaration, par. 4.)

On October 9, 2012, the COUNTY refunded the Subject Property's $2,966 tax sale purchase price to Hilbon and Phillips. The Tax Sale is now fully rescinded and unpaid back taxes of $2,003.55 reinstated. (McKee Declaration, par. 5.)

## III.

## ARGUMENT

40 United States Code section 3114 provides, in part:

> On application of the parties in interest, the court may order that any part of the money deposited in the court be paid immediately for or on account of the compensation to be awarded in the proceeding. (40 U.S.C. § 3114, subd. (c)(1).)

Similarly, Rule 71.1 of the Federal Rules of Civil provides that,

> After a deposit, the court and attorneys must expedite the proceedings so as to distribute the deposit and to determine and pay compensation. (F.R.C.P., rule 71.1.)

5

In this case, the COUNTY asserts an interest in the Subject Property by virtue of the Tax Liens, which existed prior to the filing of the Declaration of Taking by the Plaintiff UNITED STATES. In such cases, the courts generally allow payment of prior tax liens from the funds deposited as compensation for the condemned lands. (*U.S. v. 412.715 Acres of Land in Contra Costa County,* N.D.Cal.1945, 60 F.Supp. 576; *Cobo v. U.S.,* C.C.A.6 (Mich.) 1938, 94 F.2d 351; *U.S. v. Certain Parcels of Land in City of Baltimore, Md.,* D.C.Md.1945, 61 F.Supp. 164.) Since the Tax Liens constitute a compensable interest in the Subject Property, the COUNTY requests that the Court release to it the $2,003.55 of unpaid taxes which the Tax Liens represent.

## IV.
## CONCLUSION

For the reasons stated above, the COUNTY respectfully requests that the Court remove the COUNTY's outstanding tax liens and order payment of $2,003.55, plus accrued interest to the COUNTY.

DATED: October 9, 2012

JEAN-RENE BASLE
County Counsel

*(signature)*

ALAN L. GREEN
Deputy County Counsel

Attorneys for Defendant SAN BERNARDINO COUNTY

29F4083/ALG:sjb
0154.00246

6

MOTION OF DEFENDANT COUNTY OF SAN BERNARDINO FOR
DISBURSEMENT OF FUNDS AND REMOVAL OF TAX LIENS

## DECLARATION OF KELLY MCKEE

I, Kelly McKee, declare:

1. I am employed by the Defendant COUNTY OF SAN BERNARDINO ("COUNTY") as a Tax Sale Manager in the COUNTY's Treasurer-Tax Collector Department. I make this declaration from personal knowledge and from a review of the records maintained by my office regarding the acquisition of that certain real property identified by Assessor's Parcel Number 0540-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 (the "Subject Property"). If called as a witness, I can testify competently to the following facts.

2. There are presently $2,003.55 of unpaid taxes for 2005 through 2011 (the "Tax Liens"). The Tax Liens break down as follows:

| Year | Tax Amount | Penalty | Cost | Interest | Combined |
|---|---|---|---|---|---|
| 2005 | $162.32 | $16.24 | $10.00 | $172.87 | $361.43 |
| 2006 | $165.51 | $16.56 | $10.00 | $146.47 | $338.54 |
| 2007 | $168.79 | $16.88 | $10.00 | $118.99 | $314.66 |
| 2008 | $172.12 | $17.22 | $10.00 | $90.36 | $289.70 |
| 2009 | $175.52 | $17.57 | $10.00 | $60.55 | $263.64 |
| 2010 | $175.11 | $17.52 | $10.00 | $28.89 | $231.52 |
| 2011 | $176.40 | $17.66 | $10.00 | None | $204.06 |
| **Total** | **$1,195.77** | **$119.65** | **$70.00** | **$618.13** | **$2,003.55** |

3. As a result of the unpaid taxes on the Subject Property, on May 12, 2012 through May 18, 2012 the COUNTY conducted a tax sale (the "Tax Sale") which included the Subject Property. The Tax Sale resulted in the sale of the Subject Property to Steven Hilbon ("Hilbon") and his wife, Sherri Phillips ("Phillips") in return for their payment of $2,966 for back taxes and costs to the

7

COUNTY. A Tax Deed To Purchaser of Tax-Defaulted Property (the "Tax Deed") conveying the Subject Property to Hilbon and Phillips was recorded on July 10, 2012, as Instrument No. 2012--274260 in the Official Records of San Bernardino County. A true and correct copy of the Tax Deed is attached hereto as Exhibit "A" and incorporated herein by this reference.

4. Unknown to the COUNTY at the Time of the Tax Sale, the UNITED STATES had previously commenced condemnation on the Subject Property, and acquired possession of the Subject Property on or about April 30, 2012. When the United States condemnation of the Subject Property was discovered, the COUNTY and Hilbon and Phillips entered in to an agreement to rescind the tax sale. On October 2, 2012, the COUNTY's Board of Supervisors authorized a Rescission of Tax Deed to be filed in the official records of the San Bernardino County Recorder's Office, and said Rescission of Tax Deed was recorded that same day as Instruction No. 2012-0407793. A true and correct copy of the conformed Rescission of Tax Deed is attached hereto as Exhibit "B" and incorporated herein by this reference.

5. On October 9, 2012, the COUNTY refunded the Subject Property's $2,966 tax sale purchase price to Hilbon and Phillips. The Tax Sale is now fully rescinded and unpaid back taxes of $2,003.55 reinstated.

6. I declare under penalty of perjury under the laws of the State of California and United States that the foregoing is true and correct.

Executed this 9th day of October, 2012, in San Bernardino, California.

*Kelly McKee*
KELLY MCKEE

EXHIBIT A

| RECORDING REQUESTED BY: <br> LARRY WALKER, <br> TAX COLLECTOR | Electronically Recorded in Official Records, County of San Bernardino    7/10/2012 <br> **DENNIS DRAEGER**    11:15 AM   DB <br> ASSESSOR - RECORDER - CLERK <br> 659   Tax Collector |
|---|---|
| WHEN RECORDED MAIL TO: <br> MAIL FUTURE TAX STATEMENTS TO: <br> 0540-121-61-0-000 <br> HILBON STEVEN <br> 24241 RHONA DRIVE <br> LAGUNA NIGUEL CA 92677 | Doc #: **2012-0274260**   Titles: 1   Pages: 1 <br>    Fees   15.00 <br>   Taxes   3.30 <br>   Other   .00 <br>   PAID   18.30 |

## TAX DEED TO PURCHASER OF TAX-DEFAULTED PROPERTY

The undersigned grantor(s) declare(s):

Documentary transfer tax is **$3.30**

(X) computed on full value of property conveyed, or

( ) computed on full value less value of liens and encumbrances remaining at time of sale

(X) Unincorporated area: ( ) City of

On which the legally levied taxes were a lien for Fiscal Year **2005-2006**
and for which nonpayment was duly declared to be in default.     DEFAULT NO.     **0540-121-61-0-000**

This deed, between the Tax Collector of San Bernardino County ("SELLER") and

**HILBON STEVEN**     **PHILLIPS SHERRI**
**HUSBAND AND WIFE AS JOINT TENANTS**     ("PURCHASER")

conveys to the PURCHASER, free of all encumbrances of any kind existing before the sale, except those referred to in section 3712 of the Revenue and Taxation Code, to the real property described herein which the SELLER sold to the PURCHASER

at a public auction sale on **MAY 12, 2012 - MAY 18, 2012**
pursuant to a statutory power of sale in accordance with the provisions of Division 1, Part 6, Chapter 7, Revenue and Taxation Code, for the sum of
**$2,966**     **No taxing agency objected to the sale**

In accordance with law, the SELLER hereby grants to the PURCHASER that real property situated in said County, State of California, last assessed to    **YOU, CHHOUR**       **KE, YORN**
described as follows:

**01 PARCEL MAP 3046 PARCEL NO 14**     Assessors Parcel Number     **0540-121-61-0-000**

STATE OF CALIFORNIA     EXECUTED ON: **JUNE 22, 2012,**     *Larry Walker*
SAN BERNARDINO COUNTY                           BY       TAX COLLECTOR

On **JUNE 22, 2012,**    Larry Walker personally proven to me, De Ana M. Thompson, Chief Deputy County Clerk, on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.
     Witness my hand and official seal



CHIEF DEPUTY COUNTY CLERK
**PAGE 1 OF 1**       **Mail Tax Statements As Directed Above**

EXHIBIT B



Recorded in Official Records, County of San Bernardino 10/02/2012 1:32 PM ALS

**DENNIS DRAEGER**
ASSESSOR – RECORDER – CLERK

P Counter

Doc#: 2012-0407793    Titles: 1    Pages: 3
Fees 0.00
Taxes 0.00
Other 0.00
PAID $0.00

PLEASE COMPLETE THIS INFORMATION

RECORDING REQUESTED BY:

LARRY WALKER
COUNTY TAX COLLECTOR

AND WHEN RECORDED MAIL TO

HILBON STEVEN
24241 RHONA DRIVE
LAGUNA NIGUEL CA 92677

RECORD WITHOUT FEE UNDER SECTION 3731 R & T CODE

## RESCISSION OF TAX DEED TO PURCHASER OF TAX-DEFAULTED PROPERTY
which was declared to be tax-defaulted for Fiscal Year
2005 - 2006 under Default Number          0540-121-61-0-000

Assessor's Parcel Number          0540-121-61-0-000

By resolution of the Board of Supervisors of San Bernardino County in conjunction with the written consent of both the purchaser at tax sale and the legal advisor of said county, the sale held in accordance with Chapter 7 of Part 6 of Division 1 of the Revenue and Taxation Code has been rescinded.

Therefore, in accordance with Section 3731 of the Revenue and Taxation Code, that Tax Deed to the Purchaser of Tax-Defaulted Property, recorded July 10, 2012 under instrument Number 2012-0274260 in Volume _____, Page _____ of Official Records of said county is hereby rescinded. Said tax deed is hereby declared to be null and void as though never issued and all provisions of law relating to tax-defaulted property shall apply to said property.

The undersigned purchaser(s) at the sale acknowledges that the rescission of the tax deed referred to herein releases any and all interest in and to said property acquired by said tax deed.

Last Assessed to: YOU, CHHOUR     KE, YORN

_____          _____
(Signature)                                                      (Signature)

STEVEN HILBON                                            SHERRI PHILLIPS
(Print Name)                                                    (Print Name)

State of California
_____ County

On _____, 2012 before me, _____ SEE Attached _____, personally appeared _____, who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

_____
(Notary Signature)                                          (This area for official notary seal)

This instrument was executed in conjunction with a resolution by the Board of Supervisors which was approved by the county legal advisors and consented to by the purchaser at tax sale. I have compared the same with the records of the county and I hereby rescind the tax deed described herein.

EXECUTED ON  October 2, 2012                By  *Larry Walker*

Larry Walker,
San Bernardino County,
Tax Collector

---

State of California                  Executed on                       By  *Larry Walker*
San Bernardino County          10/02/2012

On October 2, 2012, before me, Dennis Draeger, County Clerk, Larry Walker, Tax Collector, personally proven to me on the basis of satisfactory evidence to be the person whose name is subscribed to the within instrument and acknowledged to me that he executed the same in his authorized capacity, and that by his signature on the instrument the person, or the entity on behalf of which the person acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal

*Dennis Draeger*
County Clerk



**CALIFORNIA ALL-PURPOSE ACKNOWLEDGMENT**

CIVIL CODE § 1189

State of California
County of __ORANGE__

On __8-27-12__ before me, __Leslie Galindo, Notary Public__,
Date                        Here Insert Name and Title of the Officer

personally appeared __Steven Dillon + Sherri Phillips__,
Name(s) of Signer(s)

who proved to me on the basis of satisfactory evidence to be the person(s) whose name(s) is/are subscribed to the within instrument and acknowledged to me that he/she/they executed the same in his/her/their authorized capacity(ies), and that by his/her/their signature(s) on the instrument the person(s), or the entity upon behalf of which the person(s) acted, executed the instrument.

I certify under PENALTY OF PERJURY under the laws of the State of California that the foregoing paragraph is true and correct.

WITNESS my hand and official seal.

Signature: __Leslie Galindo__
Signature of Notary Public

LESLIE GALINDO
Commission # 1917522
Notary Public - California
Orange County
My Comm. Expires Dec 17, 2014

Place Notary Seal Above

---— **OPTIONAL** ---—

*Though the information below is not required by law, it may prove valuable to persons relying on the document and could prevent fraudulent removal and reattachment of this form to another document.*

**Description of Attached Document**
Title or Type of Document: _____
Document Date: _____ Number of Pages: _____
Signer(s) Other Than Named Above: _____

**Capacity(ies) Claimed by Signer(s)**

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

Signer's Name: _____
☐ Corporate Officer — Title(s): _____
☐ Individual
☐ Partner — ☐ Limited ☐ General
☐ Attorney in Fact
☐ Trustee
☐ Guardian or Conservator
☐ Other: _____
Signer Is Representing: _____

RIGHT THUMBPRINT OF SIGNER
Top of thumb here

© 2010 National Notary Association • NationalNotary.org • 1-800-US NOTARY (1-800-876-6827) Item #5907

# PROOF OF SERVICE

I am employed in the County of San Bernardino, State of California. I am a citizen of the United States, employed in the County of San Bernardino, State of California, over the age of 18 years and not a party to nor interested in the within action. My business address is 385 North Arrowhead Avenue, Fourth Floor, San Bernardino, CA 92415-0140.

On Wednesday, October 10, 2012, I served the following document(s) (*specify*):

**NOTICE OF MOTION AND MOTION OF DEFENDANT COUNTY OF SAN BERNARDINO FOR DISBURSEMENT OF FUNDS AND REMOVAL OF TAX LIENS, POINTS AND AUTHORITIES, AND DECLARATION OF KELLY MCKEE IN SUPPORT THEREOF**

I served the document(s) on the persons below, as follows:

| | |
|---|---|
| JONATHAN B. KLINCK<br>UNITED STATES ATTORNEY'S OFFICE<br>300 N LOS ANGELES ST STE 7516<br>LOS ANGELES, CA 90012-3341<br>Telephone: 213-894-8561<br>Facsimile: 213-894-7819 | Attorneys for Plaintiff |
| JUSTIN A. OKUN<br>US DEPT OF JUSTICE<br>ENVIRONMENT & NATURAL RESOURCES DIVISION<br>PO BOX 7611 - BEN FRANKLIN STATION<br>WASHINGTON, DC 20044-7611<br>Telephone: 202-305-0467<br>Facsimile: 202-305-0398 | Attorneys for Plaintiff |

The documents were served by the following means:

☒ **By United States Mail.** I enclosed the documents in a sealed envelope or package addressed to the persons at the addresses listed above and (*specify one*):
/ / / /

9

1  (1) ☐ deposited the sealed envelope with the United States Postal Service, with postage fully prepaid.

2  (2) ☒ placed the envelope for collection and mailing, following our ordinary business practices. I am readily familiar with this business's practice for collecting and processing correspondence for mailing. On the same day that correspondence is placed for collection and mailing, it is deposited in the ordinary course of business with the United States Postal Service, in a sealed envelope with postage fully prepaid.

I am a resident or employed in the county where the mailing occurred. The envelope or package was placed in the mail at San Bernardino, California.

I declare under penalty of perjury under the laws of the United States of America, that the above is true and correct.

*[signature]*

JACQUELINE LOVE, Declarant

10

MOTION OF DEFENDANT COUNTY OF SAN BERNARDINO FOR
DISBURSEMENT OF FUNDS AND REMOVAL OF TAX LIENS

29F4083/ALG:sjb
0154.00246