```
1  ANDRÉ BIROTTE, JR.
   United States Attorney
2  LEON W. WEIDMAN
   Assistant United States Attorney
3  Chief, Civil Division
4  JONATHAN B. KLINCK
   Assistant United States Attorney
5  California State Bar No. 119926
         Federal Building, Suite 7516
6        300 North Los Angeles Street
7        Los Angeles, California 90012
         Telephone:  (213) 894-8561
8        Facsimile:  (213) 894-7819
         Email:  Jon.Klinck@usdoj.gov
9
10 JUSTIN A. OKUN
   Trial Attorney
11 California State Bar No. 230954
         U.S. Department of Justice
12       Environment & Natural Resources Div.
13       P.O. Box 7611 – Ben Franklin Station
         Washington, D. C. 20044
14       Telephone:  (202) 305-0467
         Facsimile:  (202) 305-0398
15       Email:      Justin.Okun@usdoj.gov
16
17 Attorneys for Plaintiff
   United States of America
```

FILED  
2012 NOV -1 AM 11:49  
CLERK U.S. DISTRICT COURT  
CENTRAL DIST. OF CALIF.  
LOS ANGELES  
BY: ___  

COPY

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> 41.00 ACRES OF LAND, MORE OR LESS, SITUATE IN SAN BERNARDINO COUNTY, STATE OF CALIFORNIA; AND CHHOUR YOU AND YORN KE, SPOUSE OF CHHOUR YOU, AND SAN BERNARDINO COUNTY TAX COLLECTOR, et al., <br><br> Defendants. | Case No. CV 12-03541 GW (OP) <br><br> **AMENDED COMPLAINT IN CONDEMNATION** |

Pursuant to Federal Rule of Civil Procedure 71.1(f), Plaintiff, the United States of America, files this Amended Complaint in Condemnation to add the names of defendants listed in Schedule "E" of the original Complaint in Condemnation to the case caption:

**Spouse of Chhour You**

**San Bernardino County Tax Collector**

Except as noted above, Plaintiff adopts in full the allegations contained in its original Complaint in Condemnation, as fully and completely as though the same were again set forth in this Amended Complaint.

WHEREFORE, Plaintiff prays as in its original Complaint in Condemnation.

Date:   October 24, 2012                    Respectfully submitted,

UNITED STATES OF AMERICA

By: _____
Justin A. Okun
Trial Attorney
California State Bar No. 230954
U.S. Department of Justice
Environment & Natural Resources Division
P.O. Box 7611 – Ben Franklin Station
Washington, D. C. 20044
Telephone:   (202) 305-0467
Facsimile:    (202) 305-0398
E-mail:       Justin.Okun@usdoj.gov