| | |
|---|---|
| 1 | ANDRÉ BIROTTE, JR. |
| 2 | United States Attorney |
|   | LEON W. WEIDMAN |
| 3 | Assistant United States Attorney |
|   | Chief, Civil Division |
| 4 | JONATHAN B. KLINCK |
| 5 | Assistant United States Attorney |
|   | California State Bar No. 119926 |
| 6 |     Federal Building, Suite 7516 |
|   |     300 North Los Angeles Street |
| 7 |     Los Angeles, California 90012 |
|   |     Telephone:    (213) 894-8561 |
| 8 |     Facsimile:    (213) 894-7819 |
| 9 |     Email:  Jon.Klinck@usdoj.gov |
| 10 | JUSTIN A. OKUN |
|    | Trial Attorney |
| 11 | California State Bar No. 230954 |
| 12 | WENDY LYNN |
|    | Trial Attorney |
| 13 |     U.S. Department of Justice |
|    |     Environment & Natural Resources Div. |
| 14 |     P.O. Box 7611 – Ben Franklin Station |
| 15 |     Washington, D. C.  20044 |
|    |     Telephone:    (202) 305-0467 |
| 16 |     Facsimile:    (202) 305-0398 |
| 17 |     Email:        Justin.Okun@usdoj.gov |
| 18 | Attorneys for Plaintiff |
|    | United States of America |

JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
|     Plaintiff, ) | Case No. CV 12-3541-GW(OPx) |
| ) | |
|   v. ) | |
| ) | **FINAL JUDGMENT** |
| 41.00 ACRES OF LAND, MORE OR ) | **DETERMINING TITLE** |
| LESS, SITUATE IN SAN BERNARDINO ) | **AND JUST COMPENSATION** |
| COUNTY, STATE OF CALIFORNIA; ) | |
| AND CHHOUR YOU AND YORN KE, ) | |
| SPOUSE OF CHHOUR YOU, AND ) | |
| SAN BERNARDINO COUNTY TAX ) | |
| COLLECTOR, et al., ) | |

|  |  |
|---|---|
|  | ) |
| Defendants. | ) |

# FINAL JUDGMENT DETERMINING
# TITLE AND JUST COMPENSATION

This case is before the court for entry of final judgment pursuant to the Order Regarding Title and Just compensation (ECF No. 41) and the court finds as follows:

1. The estate acquired in the subject property, as more particularly described in the complaint and declaration of taking filed in this action on April 24, 2012 is fee simple.

2. The uses for which the property was taken are public uses, as described in the complaint and declaration of taking.

3. On April 30, 2012, title to the subject property, as described more particularly in the complaint and declaration of taking vested in the United States of America upon the filing of the aforementioned declaration of taking and the deposit of estimated just compensation in the total amount of $28,700.00 into the registry of this court.  Simultaneously, the right to just compensation for the same was immediately vested in the parties entitled thereto.

4. That the owners of the property are Chhour You and Yorn Ke.

5. That all parties interested directly or indirectly in the property have been properly served with process or by notice of publication – Chhour You, the spouse of Chhour You and Yorn Ke by publication in the San Bernardino County Sun on December 21 and 28, 2012 and January 4, 2013;  and County of San Bernardino by waiver and notice of appearance on October 10, 2012.  The County of San Bernardino has subsequently filed a notice (ECF No. 40) stating it seeks no further compensation in the instance case.

6. The sum of $22,600.00 as found by this court at a hearing on June 10, 2013 is just compensation for the taking of 41.00 acres of land condemned in this case, and this sum constitutes full satisfaction of any and all claims of whatsoever nature against the United States of America by reason of the institution and prosecution of this action and the taking of said property.

7. That plaintiff has deposited the total sum of $28,700.00 in the registry of this court, which amount exceeds the just compensation found by this court by $6,100, which amount shall be returned to plaintiff, United States of America by check payable to the United States Army Corps of Engineers LA District, FAO. The memo section of the check should include the obligation number for this acquisition - 0540-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. This check should be delivered to the United States' attorney, Wendy Lynn, at PO Box 7611 Ben Franklin Station, Washington DC 20044.

It is therefore by the Court, ORDERED, ADJUDGED AND DECREED that

The sum of $22,600.00 is the full, fair and just compensation for the taking by plaintiff of said property. The amount of $2,003.55 has been withdrawn by the County of San Bernardino for delinquent taxes. That in accordance with Title 28 U.S.C. § 2042, the sum of $20,596.45 shall remain deposited in the registry of the court for a period of five (5) years, after which, if unclaimed shall be deposited into the Treasury in the name and credit of the United States. Any claimant entitled to such money, may, on petition to this court and upon notice of the United States and full proof to the right thereto, obtain an order directing payment to them.

Dated: June 17, 2013

GEORGE H. WU
United States District Judge